# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **WESTON MERRIOTT** | **CIVIL ACTION NO. 5:23-cv-1421** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER CITY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 70] previously filed herein, having thoroughly reviewed the record, including the Objection filed by City of Bossier City ("City") [Doc. No. 74], and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants', City, Jeffrey Free ("Free"), David A. Montgomery ("Montgomery"), Jeffery Darby ("Darby"), and Charles Jacobs ("Jacobs") Motions to Dismiss [Doc. Nos. 13, 15, 55-56] are **GRANTED IN PART** and **DENIED IN PART**.

**IT IS ORDERED** that the claims against Defendants Free, Montgomery, Darby, and Jacobs in their *official* capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff Weston Merriott's ("Merriott) First Amendment Vagueness, First Amendment Viewpoint- and Content-based Restraint, First Amendment As-Applied, First Amendment Retaliation, First Amendment Gag Order, Louisiana Open Meetings Law, and Louisiana Constitution Article XII claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Defendant City's Motion is **DENIED** to the extent it seeks dismissal of Plaintiff Merriott's First Amendment and Article I Overbreadth challenges to the Decorum Policy's Audience Ban and Speaker Limit and that the First Amendment and Article I Overbreadth claims otherwise are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA**, this the 30th day of September, 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE