**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**WESTON MERRIOTT** | **CIVIL ACTION NO. 5:23-cv-01421**

**VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY**

**CITY OF BOSSIER CITY, ET AL.** | **MAGISTRATE JUDGE McCLUSKY**

**CITY OF BOSSIER CITY'S**
**NOTICE OF CHANGE OF POLICY**

NOW INTO COURT, through undersigned counsel, comes Defendant, City of Bossier City ("**Bossier City**"), which submits this Notice of Change of Policy and represents as follows:

1. On April 8, 2025, during its regular meeting, the Bossier City Council adopted a resolution which modifies Resolution No. 1 of 2024 (the "**Decorum Policy**") in the following material respects:

> **BY PERSONS:**
> Any person making personal, impertinent or slanderous remarks or who shall become boisterous while addressing the Council shall be forthwith, by the President Pro-tem during that meeting., ~~barred from further audience before the Council, unless permission to continue by granted by a majority vote of the Council.~~
> ****
> **MEMBERS OF THE PUBLIC ADDRESSING THE COUNCIL**:
> Any Person desiring to address the Council shall first receive the permission of the Meeting Chair and will be limited to the current agenda item up for consideration. Each Add-on request, will also allow public comment prior comment prior to being added on to the current agenda. Any person wishing to speak must step up to the podium microphone and state their name and address for the record. They shall address the Council in an audible tone of voice for the record, and unless further time is granted by the Council, shall limit their address to three (3) minutes. A maximum of forty-five minutes will be set aside for addressing the Council and no more than ~~4~~ 8 speakers ~~per side of the argument discussion~~ per Agenda item. All remarks shall be addressed to the Council as a body and not to any member thereof. No person, other than the Council or at Council request, City Attorney, and the person having the floor shall, address the Council without the permission of the President Pro-tem. No question shall be asked a Councilperson or the Mayor except through the Meeting Chair.[1]

[1] *See* **Exhibit 1**, attached hereto, April 17, 2025 Agenda with resolution. Bossier City will file a certified copy of the enacted resolution as soon as it is available.

2. Bossier City believes that the above modifications to the Decorum Policy moot Plaintiff Weston Merriott's remaining facial overbreadth challenges to the so-called Audience Ban and Speaker Limit.

3. Accordingly, Bossier City intends to imminently file motions to: (1) dismiss for lack of subject matter jurisdiction; and (2) stay discovery during the pendency of the motion to dismiss.

Respectfully submitted,

**WIENER WEISS & MADISON**
A Professional Corporation

By: */s/ Reid A. Jones*______________
Layne A. Clark, Jr. (#23686)
Reid A. Jones (#34611)
330 Marshall Street, Suite 1000 (71101)
P. O. Box 21990
Shreveport, LA 71120-1990
Telephone: (318) 226-9100
Facsimile: (318) 424-5128
Email: lcark@wwmlaw.com
Email: rjones@wwmlaw.com

**ATTORNEYS FOR DEFENDANT,**
**CITY OF BOSSIER CITY**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2025, I served a copy of the above and foregoing by operation of the Court's CM/ECF filing system upon the following:

Katie M. Schwartzmann
Virginia Hamrick
Melia Cerrato
6329 Freret Street
Suite 130
New Orleans, La 70118
kschwartzmann@tulane.edu
vhamrick@tulane.edu
mcerrato@tulane.edu

*/s/ Reid A. Jones*___
Reid A. Jones