UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **WESTON MERRIOTT** | **CIVIL ACTION NO. 23-cv-1421** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF BOSSIER CITY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 119] previously filed herein, having thoroughly reviewed the record, including the Objection [Doc. No. 121] filed by Plaintiff Weston Merriott, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 102] filed by Defendant City of Bossier City is **GRANTED** and the case is hereby **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this the 14th day of May 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE